

**CHIEF CART, INC.**

149 N. PERRY STREET • PONTIAC, MI 48342-2336

AUTHORIZED  SALES, SERVICE & RENTAL

248-338-0426
888-906-7676 TOLL FREE
248-338-0429 FAX

# INVOICE

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 09/21/99 | 3562 | 1 |

SOLD TO: PREP FOR SALE NEW

Service at:
SHIP TO: PREP FOR SALE NEW
GENERAL MOTORS

Agmt: EZIND800ELEC00   MULTI CART DEAL   W/BOXES

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES PERSON | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| SVC | 09/21/99 | PFSN | | 2 OF 2 | Call # 962 | | Special Terms |

| QUANTITY ORDERED / QUANTITY SHIPPED | UNIT | ITEM NO. / QUANTITY BACKORD. | ITEM DESCRIPTION | PRICE UNIT / ITEM DISCOUNT | UNIT PRICE / EXTENDED PRICE |
|---|---|---|---|---|---|
| | | PREP FOR SALE CARTS TO GENERAL MOTORS - YELL. IND. W/BOXES INSTALLED TOGGLE, PUSH/PULL SWITCHES & JELLY FILLED TIRES. 1244062  1244063  1244059  1244057  1244058  1244060 1244061  1244067  1244073  1244065  1244064  ~~1244066~~ | | | |
| 12.000 | EACH | TOGGLE | SWITCH, TOGGLE-AM | EACH | No charge |
| 12.000 | EACH | 2451 | SWITCH, PUSH - PULL | EACH | No charge |
| 48.000 | EACH | FILLING | MULTI SEAL TIRE SEALANT | EACH | No charge |

**EXHIBIT**
Fagan #4
3-2-05 ML

FINANCE CHARGE OF 1 1/2% (18% ANNUAL PERCENTAGE RATE) WILL BE CHARGED ON PAST E ACCOUNTS.

| | |
|---|---|
| SALES AMOUNT | .00 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | .00 |
| PAYMENT REC'D | .00 |
| BALANCE DUE | .00 |